**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
XIANGDENG HUANG, :
:
            Plaintiff, :      21-CV-9614 (VEC) (OTW)
:
            -against- :      **ORDER**
:
SECRETARY ALEJANDRO MAYORKAS, et al., :
:
            Defendants. :
:
:
---------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of the Government's letter requesting an extension of time to respond to the Complaint and requesting a stay of the proceedings. (ECF 9). The Court is also in receipt of Plaintiff's consent to the same. (ECF 10, 11). These requests are **GRANTED**.

Accordingly, the Government has until February 23, 2022, to respond to the Complaint, and the case is otherwise stayed during that time. The February 2, 2022, conference is adjourned *sine die*.

      **SO ORDERED.**

                                                                  *s/ Ona T. Wang*
Dated: January 25, 2022                                      **Ona T. Wang**
      New York, New York                    United States Magistrate Judge